IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RODNEY WARD AND KATHLEEN WARD,

    Plaintiffs,

VS.

NO. 05-2829-MaP

MERCK & CO., INC.,

    Defendant.

## ORDER STAYING PROCEEDINGS

Before the court is the November 4, 2005, joint motion for a stay of this proceeding pending a decision on transfer of this matter to the Multidistrict Litigation Panel. For good cause shown, the motion is granted. This case is stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

It is so ORDERED this 14th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02829 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Brian F. Aylstock
Aylstock, Witkin & Sasser
P.O.Box 1147
Gulf Breeze, FL 32562--114

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT